```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 07188
    JAMES T ANDERSON
    GLORIA J ANDERSON                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
        Debtor
    SSN XXX-XX-6891     SSN XXX-XX-0474
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/20/07 and confirmed on 08/03/07.

2. The case was converted to Chapter 7 after confirmation, 11/25/2008.

3. The Debtor paid a total of $ 23190.50 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | 21738.84 | .00 | 21738.84 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 19512.96 | .00 | .00 |
| RADIOLOGISTS OF GRUNDY C | UNSECURED | 2610.40 | .00 | .00 |
| RONALD W RIEGELHAUPT & A | UNSECURED | 445.12 | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | 12607.79 | .00 | .00 |
| CHILDRENS HOSPITAL OF WI | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| GASTROENTEROLOGY CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILL COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| WALDEN SQUARE DENTAL CAR | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 41251.80 | .00 | 15663.31 | .00 | 56915.11 |
| PRINCIPAL PAID | 21738.84 | .00 | .00 | .00 | 21738.84 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 21738.84 | .00 | .00 | .00 | 21738.84 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC    , was allowed $   3000.00 and was paid $  2932.00  direct and $     .00  through the plan.

The Trustee received $   1036.66 .

Refunds to the Debtor totaled $    415.00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/09                      /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 07188 JAMES T ANDERSON & GLORIA J ANDERSON